

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Shavonda Y. Andrews,                    * From the 42nd District Court
                                          of Coleman County,
                                          Trial Court No. 2686.

Vs. No. 11-15-00266-CR                  * November 12, 2015

The State of Texas,                     * Per Curiam Memorandum Opinion
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.